**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

JEANIE MOORE

    VS                          CASE NO. 3:08cv220-MCR/MD
                                         CONSOLIDATED

FIDELITY NATIONAL PROPERTY AND
CASUALTY INSURANCE COMPANY INC

**REFERRAL AND ORDER**

Referred to Judge Rodgers on 07/21/2009
Type of Motion/Pleading MOTION TO STAY PENDING ADMINISTRATIVE ACTION ON CLAIM
Filed by: PLAINTIFF      on 6/25/09      Doc. No. 32
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
DEFENDANT      on 7/7/09      Doc. No. 35
                            on             Doc. No.
                            WILLIAM M. McCOOL, CLERK OF COURT

                            */s/Donna Bajzik*
                            Deputy Clerk: Donna Bajzik

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 21st day of July, 2009, that:

The relief requested is GRANTED. Case STAYED pending a decision on plaintiffs' request for administrative review of the denial of their claim, including their request for an individual waiver from the Proof of Loss requirements. Plaintiffs' counsel is directed to file 90-day status reports with the court. Failure to do so could result in a dismissal of the case.

                                     s/ *M. Casey Rodgers*
                                     **M. CASEY RODGERS**
                                     **UNITED STATES DISTRICT JUDGE**